IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 MAR -9 PM 3:05
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:18MJ093

SEALED DOCUMENT

---

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

_3-9-18_
DATE

_Sharon L. Ovington_
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE